| | |
|---|---|
| 1 | Mitchell A. Kamin (Bar No. 202788) |
|   | mkamin@cov.com |
| 2 | Carolyn Kubota (Bar No. 113660) |
|   | ckubota@cov.com |
| 3 | Mark Y. Chen (Bar No. 310450) |
|   | mchen@cov.com |
| 4 | COVINGTON & BURLING LLP |
|   | 1999 Avenue of the Stars, Suite 3500 |
| 5 | Los Angeles, CA 90067-4643 |
|   | Telephone: + 1 424-332-4800 |
| 6 | Facsimile: + 1 424-332-4749 |
| 7 | David Jolley (Bar No. 191164) |
|   | djolley@cov.com |
| 8 | COVINGTON & BURLING LLP |
|   | One Front Street, 35th Floor |
| 9 | San Francisco, CA 94111-5356 |
|   | Telephone: + 1 415 591-6000 |
| 10 | Facsimile: + 1 415-591-6091 |
| 11 | Attorneys for Defendant |
|    | UNITED STATES OLYMPIC COMMITTEE |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TASHA SCHWIKERT-WARREN, | Civil Case No.: 2:19-cv-161 |
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES** |
| | **[Local Rule 83-1.3]** |
| LAWRENCE NASSAR, USA GYMNASTICS, KATHY SCANLAN, BOB COLAROSSI, UNITED STATES OLYMPIC COMMITTEE, AND DOES 6 THROUGH 500, | |
| Defendants. | |

NOTICE OF RELATED CASES

Defendant United States Olympic Committee ("USOC") respectfully submits this Notice of Related Cases pursuant to Local Rule 83-1.3 to inform the Court that this action is closely related to the following actions pending in this district:

    **1. McKayla Maroney v. Michigan State University et al.**, Case No. 2:18-cv-03461-JLS-KES;

    **2. Jane PCNE Doe et al. v. USA Gymnastics et al.**, Case No. 2:18-cv-03464-JLS-KES;

    **3. Jordyn Marie Wieber v. United States Olympic Committee et al.**, Case No. 2:18-cv-03462-JLS-KES;

    **4. Jane LM Doe v. Nassar, et al.,** Case No. 8:18-cv-01117-JLS-KES;

    **5. Jane JD Doe v. Doe 1, et al.,** Case No. 8:18-CV-01136-JLS-KES; and

    **6. All Olympia Gymnastic Center Inc. v. Lawrence Nassar et al.**, Case No. 2:18-cv-10540-JLS-KES;

    **7.  Jane ED Doe v. Nassar, et al.,** Case No. 2:19-cv-167; and

    **8.  Jordan Cobbs v. Nassar, et al.,** Case No. 2:19-cv-171 (altogether, the "Related Cases").

The claims against USOC in this action are based on Plaintiff's allegations that USOC failed to protect her from sexual abuse at the hands of Larry Nassar (a physician allegedly retained by USA Gymnastics) while Plaintiff was training for or competing in various gymnastic events.  The Related Cases involve similar claims brought by other gymnasts (McKayla Maroney, Jordyn Marie Wieber, Jane LM Doe, Jane JD Doe, Jane ED Doe, and Jordan Cobbs), the parents of McKayla Maroney (Jane PCNE Doe et al.) and owners of a gym where Ms. Maroney and LM Doe trained (All Olympia Gymnastic Center, Galina Marinova, and Artur Akopyan), against USOC, USA Gymnastics, and other defendants.  All of the complaints assert substantially similar causes of action based on Larry Nassar's misconduct and arise out of substantially the same factual allegations.

Accordingly, the present case may "call for determination of the same or substantially related or similar questions of law and fact" as the Related Cases, and the

cases may "entail substantial duplication of labor if heard by different judges." *See* Local Rule 83-1.3.1.  USOC therefore believes it is appropriate to bring the Related Cases to the attention of this Court.

DATED:  January 8, 2019　　　　　　　　COVINGTON & BURLING LLP


By:  */s/ Mitchell Kamin*
　　　Mitchell A. Kamin

Attorneys for Defendant
United States Olympic Committee