# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA SCHWIKERT–WARREN<br><br>Plaintiff(s),<br><br>v.<br><br>LAWRENCE NASSAR, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–00161–JLS–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __12/15/2020__

Document Number(s):   __31__

Title of Document(s):   __Application to Reopen Case, Lift the stay__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Proposed Order shall be filed as separate attachment to the e–filed "NOTICE OF LODGING" and e–mailed to Judge Staton generic email addresses a Microsoft Word version of the document

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _December 17, 2020_              By:  _/s/ Jenny Lam  Jenny_Lam@cacd.uscourts.gov_
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.