| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JORDAN COBBS | CASE NOS.: 2:19-cv-00171-JLS-KES |
| 12 | | 2:19-cv-00167-JLS-KES |
| 13 | Plaintiff, | 2:19-cv-00161-JLS-KES |
| 14 | vs. | **ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO FILE STATUS REPORT** |
| 15 | LAWRENCE NASSAR et al | |
| 17 | Defendants. | |
| 18 | _____ | |
| 19 | JANE ED DOE | |
| 20 | Plaintiff, | |
| 21 | | |
| 22 | vs. | |
| 23 | LAWRENCE NASSAR et al | |
| 24 | Defendants. | |
| 25 | _____ | |
| 26 | TASHA SCHWIKERT-WARREN | |
| 27 | Plaintiff, | |
| 28 | | |

vs.

LAWRENCE NASSAR et al

Defendants.

On April 8, 2022, the Court continued the stay of these cases until May 31, 2022. It also ordered the Parties to file notices of settlement within ten days of reaching any settlement, or alternatively, to file case management statements by May 20, 2022. The Parties have failed to provide either notices of settlement or case management statements, well past these deadlines. The Parties are ORDERED to show cause why they should not be sanctioned for failure to comply with the Court's orders within seven (7) days of the entry of this Order. A proper response to this OSC will include a sufficient compliance declaration explaining the basis for the failure to file notices of settlement or case management statements as well as a status report.

DATED: July 11, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE